FROM:

Marinete Mojica Hernandez
C4 Pedo P. Vargas
Hatillo PR 00659

23-CV-1214
FAB

2023 MAY 1 PM 4:15

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

TO:

District Court of PR
Federico Degetau Federal Bldg. 150
150 Carlos Chardon St.
Hato Rey PR 00918



CERTIFIED MAIL®

7022 0410 0001 2047 3214



RDC 99

00918

U.S. POSTAGE PAID
FCM LETTER
BOQUERON, PR
00622
APR 28, 23
AMOUNT
$5.26
R2304M111487-04

Photo Document Mailer
6" x 10"

Ready

MADE IN THE U.S.A.
A product of the United States Postal Service®
Visit Us At USPS.com
Product Code 9307001Q.A – September 2020
AIC-093
6" X 10" Small Photo Document Mailer





Visit USPS.com® for Shipping Supplies & Services

Pick.    Pack.    Ship.



Send it Your Way




UNITED STATES
POSTAL SERVICE®