**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 JAN 26 AM 9:27

YARIVETTE MOJICA HERNANDEZ
Plaintiff(s) Demandante(s)

CIVIL NO. 3:23-CV-01214-FAB

v.

Government of Puerto Rico, et. Als.
Defendant(s) Demandado(s)

## URGENT INFORMATIVE MOTION, REQUESTING AN ORDER AND AN EXTENSION OF TIME

TO THE HONORABLE COURT:

Comes now, Yarivette Mojica Hernández, the above named (plaintiff/defendant) to respectfully request as follow:

1. That on June, 2023 we were notifies that Omayra Sepulveda-Vega, Esq., was appointed as our legal representative.
2. That we contact her promptly to schedule an appointment.
3. That she sent an email of an apparently conflict of interest.
4. Notwithstanding we never received the motion of withdrawal. As consequence, the court notified a denial of the request of a new appointment of legal representation, as well as our pro se representation.
5. Notwithstanding she didn't filed it and still as attorney of the plaintiff on the record.
6. That we has tried to contact her by email and phone, unsuccessfully. Enclosed evidence.
7. That we doesn't have complete access to pacer and this put us in an indefensible position harming our rights.
8. That the defendants have filed a motion and, this court concede a term to answer it.
9. That due to the short notice, the seriousness of the situation, we request a term of 10 additional days to reply; that the court order the appointed attorney her appearance or to show just cause; or appoint a new legal representation as soon as possible.

## CERTIFICATION AND CLOSING

Under Federal Rule Of Civil Procedure, by signing below, I certify to the best of my knowledge information, and belief that this complaint; 1) is not being presented for an improper purpose, harass, unnessary delay, or needlessly supported by existing law; factual contentions have evidentiary support; 4) complaint otherwise complies with the requirement Rule 11.

WHEREFORE, I declare under penalty of perjury that the information submitted in this motion is true and correct, and respectfully request the appointment of counsel.

RESPECTFULLY In San Juan, Puerto Rico, this October 14th, 2023.

Signature Firma: *[signature]*
Name: Yarivette Mojica Hernández
Postal Address: 64 Pedro Pablo Vargas, Hatillo PR 00659
Telephone No.: (787)413.4424
Núm. de Fax: (787)820.7888
Correo electrónico: y.mojica.law@gmail.com