# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YARIVETTE MOJICA-HERNÁNDEZ,<br><br>**Plaintiff**,<br><br>v.<br><br>SIGFRIDO STEIDEL, *et al*,<br><br>**Defendants**. | **Civil No.** 23-1214 (FAB) |

**JUDGMENT**

In accordance with the Memorandum and Order entered today (Docket No. 58), this case is **DISMISSED with prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 11, 2024.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE